**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CLIFFORD CHAUN LOYER,<br><br>              Plaintiff,<br><br>    v.<br><br>UNKNOWN, et al.,<br><br>              Defendants. | Case No. CV 23-02241 WLH (RAO)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Dismissing First Amended Complaint,

     IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 11/15/2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE